```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 13423
   DANIEL C CORNETT
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2526


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/26/07 .

   2.  The case was dismissed without confirmation, 10/26/2007.

   3.  The Debtor paid a total of $     503.10 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT      INTEREST           PRINCIPAL
                                                                 PAID               PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED              .00                 .00
CAPITAL ONE BANK          UNSECURED      NOT FILED              .00                 .00
CREDITOR PROTECTION ASSO  UNSECURED      NOT FILED              .00                 .00
DEPENDON COLLECTION SVC   UNSECURED      NOT FILED              .00                 .00
FORD MOTOR CREDIT CO      UNSECURED      NOT FILED              .00                 .00
IC SYSTEMS                UNSECURED      NOT FILED              .00                 .00
ISLAND NATIONAL GRP       UNSECURED      NOT FILED              .00                 .00
JEFFERSON CAPITAL SYSTEM  UNSECURED      NOT FILED              .00                 .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED              .00                 .00
NICOR GAS                 UNSECURED      NOT FILED              .00                 .00
PROFESSIONAL ACCOUNT MGM  UNSECURED      NOT FILED              .00                 .00
PROFESSIONAL ACCOUNT MGM  UNSECURED      NOT FILED              .00                 .00
STONE PARK POLICE DEPT    UNSECURED      NOT FILED              .00                 .00
CREDITORS ALLIANCE INC    UNSECURED      NOT FILED              .00                 .00
COMED                     UNSECURED      NOT FILED              .00                 .00
         Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY   UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00         .00          .00            .00
PRINCIPAL PAID          .00          .00         .00          .00            .00
INTEREST PAID           .00          .00         .00          .00            .00
TOTAL PAID              .00          .00         .00          .00            .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   3500.00
and was paid $     16.00   direct and $     384.37  through the plan.

The Trustee received $     18.11 .

Refunds to the Debtor totaled $     100.62 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 07 B 13423 DANIEL C CORNETT